AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kyle Keogh, *on behalf of himself and all others similarly situated,*<br>*Plaintiff*<br>v.<br>Meta Platforms Inc<br>*Defendant* | )<br>)<br>)  Civil Action No.   6-23-cv-5004-KFB<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

■ other: this case is dismissed.

This action was:

■ decided by the Honorable Kenneth D. Bell.

Date:   February 14, 2024

*CLERK OF COURT*

s/L. K. McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*